UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS L. WILLIAMS,<br><br>                Petitioner,<br>  v.<br>STATE OF NEVADA, et al.,<br><br>                Respondents. | Case No. 3:19-cv-00718-RCJ-CLB<br><br>ORDER |

      Petitioner has submitted what he styled as a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241 (ECF No. 1-1). However, petitioner has submitted an incomplete application to proceed *in forma pauperis*. He has failed to include the acknowledgement page of the IFP form (where his signature is required) or a signed financial certificate. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

      Further, while not entirely clear, it appears that Williams entered into a guilty plea agreement on or about November 2019 in Nevada state court. A federal court will not grant a state prisoner's petition for habeas relief until the prisoner has exhausted his available state remedies for all claims raised. *Rose v. Lundy*, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b). A petitioner must give the state courts a fair opportunity to act on each of his claims before he presents those claims in a federal habeas petition. *O'Sullivan v. Boerckel*, 526 U.S. 838, 844 (1999); *see also Duncan v. Henry*, 513 U.S. 364, 365 (1995). A claim remains unexhausted until the petitioner has given the highest available state court the opportunity to consider the claim through direct appeal or state

1

collateral review proceedings. *See Casey v. Moore*, 386 F.3d 896, 916 (9th Cir. 2004); *Garrison v. McCarthey*, 653 F.2d 374, 376 (9th Cir. 1981).

The court takes judicial notice of the fact that Williams cannot have exhausted his available state remedies before submitting this petition to federal court in December 2019. The petition is, therefore, dismissed without prejudice as improperly commenced and unexhausted.

**IT IS THEREFORE ORDERED** that the incomplete application to proceed in forma pauperis (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 3) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 23 January 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE